Faye C. Rasch, State Bar No. 253838
frasch@wgllp.com
**WEILAND GOLDEN GOODRICH LLP**
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone:   (714) 966-1000
Facsimile:    (714) 966-1002

Attorneys for Chapter 7 Trustee,
David M. Goodrich

FILED & ENTERED

NOV 22 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell DEPUTY CLERK

**CHANGES MADE BY COURT**

**NOT FOR PUBLICATION**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:18-bk-12119-RK |
| SOCALDEAL, INC., | Chapter 7 |
| Debtor. | **ORDER DENYING APPLICATION FOR PAYMENT OF INTERIM FEES AND/OR EXPENSES BY FARI BARA NEJADPOUR**<br><br>**Date:  November 19, 2019**<br>**Time:  2:30 p.m.**<br>**Place: Courtroom 1675** |

On November 19, 2019, at 2:30 p.m., a hearing was held before the Honorable Robert Kwan, United States Bankruptcy Judge for the Central District of California, in Courtroom 1675 located at 255 E. Temple Street, Los Angeles, California 90012 on the *Application for Payment of Interim Fees and/or Expenses by Fari Bara Nejadpour* (the "Application").  Appearances were as noted on the record.

///

///

///

1   The Court having read and considered the papers filed in support of the Application
2   and in opposition thereto, heard statements of counsel, and for the reasons set forth in the
3   Court's Tentative Ruling for the Motion (copy attached) posted on the court's website
4   before the hearing on the Motion on November 19, 2019,

**IT IS ORDERED** that the Motion is denied.

### 

Date: November 22, 2019

_____
Robert Kwan
United States Bankruptcy Judge

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel (714) 966-1000  Fax (714) 966-1002

TENTATIVE RULING FOR MOTION

Deny interim fee application of Fari Bari Nejadpour, attorney for Chapter 7 debtor, for the reasons stated in the trustee's opposition, namely, applicant's employment has not been approved by the court as required by 11 U.S.C. 327(a) to seek compensation from the estate. In re Shirley, 134 B.R. 940, 944 (9th Cir. BAP 1992), and as debtor's counsel in a Chapter 7 case, applicant cannot be compensated from the estate unless employed by the Chapter 7 Trustee and the employment is approved by the court. Lamie v. United States Trustee, 540 U.S. 526, 537-538 (2004). Also, the application should be denied because applicant has not shown that the compensation requested from the estate is reasonable for actual, necessary services for the benefit of the estate. 11 U.S.C. 330 and 503(b). Appearances are required on 11/19/19, but counsel may appear by telephone.

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel (714) 966-1000   Fax (714) 966-1002

1244746v1                                 3                                 ORDER